UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____  :
                                         :
GABRIEL J. HURLEY,                       :      Honorable Madeline Cox Arleo
                                         :      Civil Action No. 11-4689 (WHW)
          Plaintiff,                     :
                                         :
v.                                       :
                                         :      **REPORT AND RECOMMENDATION**
TOYOTA MOTOR CORPORATION, et al.,:
                                         :
          Defendants.                    :
                                         :
AND                                      :
                                         :
FORD MOTOR COMPANY,                      :
                                         :
          Defendant/Third Party Plaintiff, :
                                         :
v.                                       :
                                         :
MICHAEL R. O'MALLERY, THOMAS             :
B. O'MALLERY; AND PAUL SCOCCA,           :
                                         :
          Third Party Defendants.        :
_____  :

    **THIS MATTER** having come before the Court upon the motion of plaintiff, Gabriel

Hurley ("plaintiff") to remand the pending action to state court (Dkt. Entry 19) upon notice to

defendants, Toyota Motor Corporation and Ford Motor Company ("defendants") and third party

defendants, Michael O'Mallery and Paul Scocca ("third party defendants"), and the Court having

considered the papers submitted in connection with the motion, and neither defendants nor third

party defendants having any opposition to the remand motion, and having heard oral argument on

April 25, 2012, and for the reasons set forth on the record, and for good cause shown;

    **IT IS on this 25th day of April 2012,**

**RECOMMENDED THAT** plaintiff's motion to remand this action to the Superior

Court of New Jersey, Law Division, Middlesex County (Dkt. Entry 19) be **GRANTED**.

The parties have fourteen (14) days from the date hereof to file objections.


s/Madeline Cox Arleo_____

**MADELINE COX ARLEO**

**United States Magistrate Judge**

Original:      Clerk
cc:            Hon. William H. Walls, U.S.D.J.
               All Parties
               File